UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENETIA KAPERNEKAS

        Plaintiff,

-against-

UDO FRITZ-HERMANN BRANDHORST

-and-

THE BRANDHORST FOUNDATION

        Defendants.

Case No. 08-cv-4046 (JSR)

**ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON WRITTEN MOTION**

   Upon the motion of John A. Wait, attorney for Plaintiff, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that
Robert E. Goldman
Fox Rothschild LLP
Stone Manor Corporate Center
2700 Kelly Road
Suite 300
Warrington, PA 18976
(215) 918-3550
rgoldman@foxrothschild.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5-28-08

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May __, 2008
   New York, New York

                _____
                United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VENETIA KAPERNEKAS | Case No. 08-cv-4046 (JSR) |
| Plaintiff, |  |
| -against- |  |
| UDO FRITZ-HERMANN BRANDHORST |  |
| -and- |  |
| THE BRANDHORST FOUNDATION |  |
| Defendants. |  |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

HEATHER WRENN, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and employed by Fox Rothschild LLP.

On May 21, 2008, I caused the Notice of Motion to Admit Counsel *Pro Hac Vice*, the Affirmation In Support of Motion to Admit Counsel *Pro Hac Vice*, with Exhibits, and the proposed Order for Admission to Practice *Pro Hac Vice* on Written Motion to be served via First Class Mail on the following:

Hollis Gonerka Bart, Esq.
Chaya Weinberg-Brodt, Esq.
Withers Bergman LLP
430 Park Avenue, 10th Fl.
New York, NY 10022

NY1 119820v1 05/21/08

_[signature]_
HEATHER WRENN

Sworn to before me this
21st day of May, 2008

_[signature]_
Notary Public

**FRED STEVENS**
**NOTARY PUBLIC-STATE OF NEW YORK**
No. 02ST6037653
Qualified In New York County
My Commission Expires February 22, 2010

NY1 119820v1 05/21/08