**WITHERS BERGMAN LLP**
Hollis Gonerka Bart (HB-8955)
Chaya Weinberg-Brodt (CW-4676)
430 Park Avenue, 10th floor
New York, New York 10022
212.848.9800 (p)
212-848-9888 (f)
*Attorneys for Udo Fritz-Hermann Brandhorst and The Brandhorst Foundation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VENETIA KAPERNEKAS,

                      Plaintiff,

                  -against-

UDO FRITZ-HERMANN BRANDHORST and THE
BRANDHORST FOUNDATION

                      Defendants.
-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

No. 08-CV-4046 (JSR)

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss. |
| COUNTY OF NEW YORK | ) |

DAWN SPERRAZZA, a paralegal in the law offices of Withers Bergman LLP, attorneys for the Defendants in the above entitled proceeding being duly sworn, deposes and says:

1. I am over eighteen years of age and am not a party to the above entitled proceeding.

2. On the 11th day of June, 2008, I served true and correct copies of:

    (1) Amended Notice of Motion to Dismiss the Complaint
    (2) Declaration of Chaya F. Weinberg-Brodt in Support of Defendants' Motion to Dismiss the Complaint, with exhibits
    (3) Declaration of Udo Fritz-Hermann Brandhorst in Support of Defendants' Motion to Dismiss the Complaint, with exhibit
    (4) Memorandum of Law of Defendants Udo Fritz-Hermann Brandhorst and the Brandhorst Foundation In Support of Their Motion to Dismiss the Complaint,

upon the following, via electronic service to rgoldman@foxrothschild.com, and
by depositing a copy of the same in U.S. Postal mail system to:

Robert E. Goldman
Fox Rothschild LLP
Stone Manor Corporate Ctr.
2700 Kelly Road, Suite 300
Warrington, PA 18976
Attorney for Plaintiff

_____
Dawn Sperrazza

Sworn to before me this
12st day of June, 2008

_____
Notary Public

693104.1

ALYSSA BENJAMIN
Notary Public, State of New York
No. 02BE6123029
Qualified in New York County
Commission Expires February 28, 2009