WITHERS BERGMAN LLP
Hollis Gonerka Bart (HB-8955)
Chaya Weinberg-Brodt (CW-4676)
430 Park Avenue, 10th floor
New York, New York 10022
212.848.9800 (p)
212-848-9888 (f)
*Attorneys for Udo Fritz-Hermann Brandhorst and the Brandhorst Foundation*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6·30·08
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

VENETIA KAPERNEKAS,

                    Plaintiff,                    **STIPULATION AND ORDER**

          -against-                              No. 08-CV-4046 (JSR)

UDO FRITZ-HERMANN BRANDHORST

                    Defendant.

-----------------------------------------x

It is hereby STIPULATED AND AGREED, by and between the parties hereto, that the Memorandum of Law, the Declaration of Chaya Weinberg-Brodt, and the Declaration of Udo Fritz-Hermann Brandhorst, all in support of defendants' motion to dismiss, which were filed by defendants on June 11, 2008 on the ECF system, shall be placed under seal by the Clerk of the Court; and it is

FURTHER STIPULATED AND AGREED that a facsimile or electronic signature on this document shall have the same force and effect as an original signature.

Dated: June 26, 2008

Fox Rothschild, LLP                    Withers Bergman LLP
Attorneys for Plaintiff                Attorneys for Defendants
100 Park Avenue, 15th Floor            430 Park Avenue, 10th Floor
New York, New York 10017               New York, New York 10022-3505
(212) 878-7900                         (212) 848-9800

By:                                    By: _Chaya A. Uz-Wut_
    John A. Wait                           Chaya Weinberg-Brodt

SO ORDERED

_____              _____
U.S.D.J.                               6/27/08
                                            Date

685972.1.