UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
VENETIA KAPERNEKAS,                   :
                                      :
              Plaintiff,              :
                                      :      08 Civ. 4046(JSR)
              -v-                     :
                                      :          ORDER
UDO FRITZ-HERMANN BRANDHORST,         :
                                      :
              Defendant.              :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

      For the reasons stated from the bench, see transcript 7/10/08,

the defendant's motion to dismiss the complaint is hereby denied.


      SO ORDERED.


                                      _____
                                        JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
          July 10, 2008




                          ┌─────────────────────────────┐
                          │ USDC SDNY                    │
                          │ DOCUMENT                     │
                          │ ELECTRONICALLY FILED         │
                          │ DOC #: _____          │
                          │ DATE FILED: 7-11-08          │
                          └─────────────────────────────┘