**WITHERS BERGMAN LLP**
Hollis Gonerka Bart (HB-8955)
Chaya Weinberg-Brodt (CW-4676)
430 Park Avenue, 10th floor
New York, New York 10022
212.848.9800 (p)
212-848-9888 (f)
*Attorneys for Udo Fritz-Hermann Brandhorst*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VENETIA KAPERNEKAS,

                    Plaintiff,                         **AFFIDAVIT OF SERVICE**

      -against-

                                                     No. 08-CV-4046 (JSR)
UDO FRITZ-HERMANN BRANDHORST and THE
BRANDHORST FOUNDATION

                    Defendants.
-----------------------------------------------------------x
STATE OF NEW YORK           )
                                     ) ss.
COUNTY OF NEW YORK      )

KIMBERLY BORDNER, a paralegal in the law offices of Withers Bergman LLP, attorneys for the Defendant in the above entitled proceeding being duly sworn, deposes and says:

1. I am over eighteen years of age and am not a party to the above entitled proceeding.

2. On the 24th day of July, 2008, I filed the answer to amended complaint via ECF/PACER.

3. I also served a copy of the answer to amended complaint via electronic service to rgoldman@foxrothschild.com, and by depositing a copy of the same in U.S. Postal mail system to:

    Robert E. Goldman
    Fox Rothschild LLP
    Stone Manor Corporate Ctr.
    2700 Kelly Road, Suite 300
    Warrington, PA 18976
    Attorney for Plaintiff

                                                                _____
                                                                Kimberly Bordner

Sworn to before me this
29th day of July, 2008

_____
Notary Public
702431.1.

ALYSSA BENJAMIN
Notary Public, State of New York
No. 02BE6123029
Qualified in New York County
Commission Expires February 28, 2009