**WITHERS BERGMAN LLP**
Hollis Gonerka Bart (HB-8955)
Chaya Weinberg-Brodt (CW-4676)
430 Park Avenue, 10th floor
New York, New York 10022
212.848.9800 (p)
212-848-9888 (f)
*Attorneys for Udo Fritz-Hermann Brandhorst and The Brandhorst Foundation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VENETIA KAPERNEKAS,

                Plaintiff,

     -against-

UDO FRITZ-HERMANN BRANDHORST

                Defendants.
-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

No. 08-CV-4046 (JSR)

STATE OF NEW YORK     )
                                  ) ss.
COUNTY OF NEW YORK   )

MARIA VIGILANTE, a paralegal in the law offices of Withers Bergman LLP, attorneys for the Defendants in the above entitled proceeding being duly sworn, deposes and says:

1. I am over eighteen years of age and am not a party to the above entitled proceeding.

2. On the 20th day of August, 2008, I served a true and correct copy of defendant's documents responsive to Plaintiff's Document Requests and Bates numbered UB0001-UB0847 upon the following, via hand delivery to:

John A. Wait
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017
Attorney for Plaintiff

_____
Maria Vigilante

Sworn to before me this
21st day of August, 2008

_____
Notary Public

LINDA K GARVEY
Notary Public - State of New York
NO. 01GA4974059
Qualified in Nassau County
My Commission Expires 11/5/2010

695163.1