UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
VENETIA KAPERNEKAS,                      :
                                         :
            Plaintiff,                   :    08 Civ. 4046 (JSR)
                                         :
       -v-                               :    ORDER
                                         :
UDO FRITZ-HERMANN BRANDHORST,            :
                                         :
            Defendant.                   :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.

   At the parties' request, the trial of this case, which the Court was prepared to try in September, has instead been scheduled to begin Monday, November 9, 2009 at 9:00 a.m.  No further adjournments will be granted for any reason whatsoever.

   SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 14, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-09